UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION-BAY CITY</u>

IN RE:

COREY and CARRIE STANDEN,　　　　　　　　　Case No. 08-20830

　　　　　　　Debtor(s).　　　　　　　　　　　　Chapter 7 Proceeding
_____/　　　　　　　Hon. Daniel S. Opperman


## CERTIFICATE OF COMPLIANCE

　　　　NOW COMES Randall L. Frank, who hereby certifies that he served a copy of tax returns and all verification of income on:

**Dan Himmelspach, Chapter 7 Trustee, Davidson Building, Bay City, MI 48708,**

by Hand Delivery, under today's date.


DATED: April 4, 2008

　　　　　　　　　　　　　　　　　　　　　　/s/ Randall L. Frank

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Randall L. Frank (P33189)
　　　　　　　　　　　　　　　　　　　　　　Attorney for Ch. 7 Debtor(s)
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 2220
　　　　　　　　　　　　　　　　　　　　　　Bay City, MI 48707-2220
　　　　　　　　　　　　　　　　　　　　　　(989) 893-2461