# United States Bankruptcy Court

## Eastern District of Michigan
### Case No. 08–20830–dob
### Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Corey Lee Standen | Carrie Ann Standen |
| 8427 Haken Rd | 8427 Haken Rd |
| Alpena, MI 49707 | Alpena, MI 49707 |

Social Security No.:
   xxx–xx–7164                                 xxx–xx–3654

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>7/3/08</u>

<u>Daniel S. Opperman.BayCity</u>
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

The following entities were served by first class mail on Jul 05, 2008.
```
db          +Corey Lee Standen,    8427 Haken Rd,    Alpena, MI 49707-7724
jdb         +Carrie Ann Standen,    8427 Haken Rd,    Alpena, MI 49707-7724
16072083    +88 Circuit,    719 Chisholm St.,    Alpena, MI 49707-2452
16072084    +Alpena Family Dentistry,    Jeffrey Gerow,    2685 US 23 South,    Alpena, MI 49707-4619
16072085    +Alpena Oxygen & Equipment,    232 River St.,    Alpena, MI 49707-2431
16072086     Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
16072088    +Card services,    PO Box 15137,    RE:  Bank of America,    Wilmington, DE 19850-5137
16072089     Chase Auto Finance,    PO Box 9001800,    Louisville, KY 40290-1800
16072092    +Client Services,    PO Box 1503,    RE:  Home Depot,    Saint Peters, MO 63376-0027
16072093    +David Sean Dufek,    2655 Camino Del Rio North,    Suite 110,    Re:  Maryland Natl. Bank,
              San Diego, CA 92108-1633
16072097     Fifth Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
16072099     First National Bank Omaha,    PO Box 2557,    Omaha, NE 68103-2557
16072098    +First National Bank of Omaha,    1620 Dodge St.,    Omaha, NE 68197-0002
16130314     Great Lakes Educational Loan Svc, Inc.,    Claims Filing Unit,    P.O. Box 8973,
              Madison, WI  53708-8973
16072101    +Great Lakes Educational Loan Svc.,    PO Box 7860,    Madison, WI 53707-7860
16072102     Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
16072103    +Irwin Home Equity,    PO Box 5029,    San Ramon, CA 94583-0929
16072104    +Meyer & Njus, PA,    1100 US Bank Plaza,    200 South Sixth St.,    RE:  GE Money Bank,
              Minneapolis, MN 55402-1403
16072105    +Midwest Loan Services,    616 Shelden Ave.,    PO Box 144,    Houghton, MI 49931-0144
16072107    +Thunder Bay Area C U,    Visa card,    PO Box 31279,    Tampa, FL 33631-3279
16072106    +Thunder Bay Area C U,    417 West Chisholm St.,    Alpena, MI 49707-2400
16072108     Timothy E. Baxter & Assoc.,    RE:  First National Bank Omaha,    PO Box 2669,
              Farmington, MI 48333-2669
16072109    +Total Higher Education,    PO Box 64454,    Saint Paul, MN 55164-0454
16072110    +Visa,    PO Box 4521,    RE:  Thunder Bay Area C U,    Carol Stream, IL 60197-4521
16072111    +Weber & Olcese,    RE:  Chase Bank,    3250 W. Big Beaver Rd.,    Suite 124,    Troy, MI 48084-2902
16072112    +Weltman Weinberg & Reis,    2155 Butterfield Dr.,    Suite 200,    RE:  Discover Bank,
              Troy, MI 48084-3450
16072096     fifth Third Bank,    Northern Michigan,    PO Box 630778,    Cincinnati, OH 45236
```

The following entities were served by electronic transmission on Jul 04, 2008.
```
16072086     EDI: BANKAMER2.COM Jul 03 2008 22:28:00     Bank of America,    PO Box 15726,
              Wilmington, DE 19886-5726
16072087     EDI: CAPITALONE.COM Jul 03 2008 22:23:00     Capital One Bank,    PO Box 60024,
              City Of Industry, CA 91716-0024
16072090     EDI: CHASE.COM Jul 03 2008 22:28:00     Chase Cardmember Services,    PO Box 94014,
              Palatine, IL 60094-4014
16072091    +EDI: CHASE.COM Jul 03 2008 22:28:00     Chase/Bank One Card Services,    800 Brooksedge Blvd.,
              Westerville, OH 43081-2822
16072094     EDI: DISCOVER.COM Jul 03 2008 22:23:00     Discover Card,    PO Box 15251,
              Wilmington, DE 19886-5251
16072095     EDI: DISCOVER.COM Jul 03 2008 22:23:00     Discover Platinum Card,    PO Box 15316,
              Wilmington, DE 19850-5316
16072100     EDI: RMSC.COM Jul 03 2008 22:23:00     GE Money Bank,    PO Box 960061,    Orlando, FL 32896-0061
16072082     EDI: IRS.COM Jul 03 2008 22:23:00     Internal Revenue Service,    PO Box 21126,
              Philadelphia, PA 19114-0326
16072113    +EDI: WTRWFNNB.COM Jul 03 2008 22:28:00     Wfnnb / Eddie Bauer,    PO Box 659705,
              San Antonio, TX 78265-9705
16072114    +EDI: WTRWFNNB.COM Jul 03 2008 22:28:00     Wfnnb / The company store,    PO Box 659465,
              San Antonio, TX 78265-9465
16072115    +EDI: WTRWFNNB.COM Jul 03 2008 22:28:00     Wfnnb / Victorias Secret,    PO Box 659728,
              San Antonio, TX 78265-9728
16072116    +EDI: WTRWFNNB.COM Jul 03 2008 22:28:00     World Financial Network Nat. Bank,    PO Box 182125,
              RE:  Eddie Bauer & The company store,    Columbus, OH 43218-2125
```
                                                                                    TOTAL: 12

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 05, 2008**                    **Signature:**